United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANCE PARSONS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-04112 |
| § | |
| MATTHEW VALDEZ, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE

On this day, the Court considered the plaintiff's motion to continue the Court's court conference presently set for April 7, 2025 (Dkt. No. 9). After considering the motion, the Court is of the opinion that the motion should be **GRANTED**.

THEREFORE, it is **ORDERED**, that the motion for continuance is **GRANTED**, and the scheduling conference in this cause is hereby reset to May 22, 2025 at 8:30 a.m.

It is so ORDERED.

SIGNED on April 7, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge